**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MAY 2 0 2026

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  Cause No. **1:26-cr-108-SEB-MJD** |
| MALIK SHAW a/k/a Jumpout, | ) |
| Defendant. | ) |

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Conspiracy to use interstate commerce facilities in the commission of murder for hire 18 U.S.C. § 1958 | Life imprisonment or death | NMT $250,000 | NMT 5 YEARS |
| 2 | Use of interstate commerce facilities in the commission of murder for hire 18 U.S.C. § 1958 | Life imprisonment or death | NMT $250,000 | NMT 5 YEARS |
| 3 | Possession of a Firearm by a convicted Felon 18 U.S.C. § 922(g)(1) | 0-15 | NMT $250,000 | NTM 3 YEARS |

Dated: _____

_____
MALIK SHAW
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

_____

United States Magistrate Judge
Southern District of Indiana